UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GARY PRATO; JOANNE C. MCMURRAY,

        Plaintiffs,

-vs-                                      Case No. 2:08-cv-883-FtM-29SPC

HACIENDA DEL MAR, LLC a Florida Limited
Liability Company,

        Defendant.
_____

**ORDER**

       This matter comes before the Court on Department of Business and Professional Regulation's Notice of Withdrawal from Case and Request to Stop Electronic Notice and Mailing (Doc. #102) filed on February 17, 2011. William R. Wohlsifer, Esq., and Janis Sue Richardson, Esq., and the Florida Department of Business and Professional Regulation, Division of Florida Condominiums, Timeshares, and Mobile Homes, moves the Court to withdraw as Counsel and party in this action. As grounds, Counsel indicates the non-party's interests have been fully resolved. Having considered the motion, the Court finds good cause and will grant the withdrawal of Counsel and the non-party as outlined below.

       Accordingly, it is now

       **ORDERED:**

       (1)    Department of Business and Professional Regulation's Notice of Withdrawal from Case and Request to Stop Electronic Notice and Mailing (Doc. #102) is **GRANTED**. William R. Wohlsifer, Esq., and Janis Sue Richardson, Esq., shall be relieved of any further responsibility in this

matter. The Florida Department of Business and Professional Regulation, Division of Florida Condominiums, Timeshares, and Mobile Homes shall be removed as a non-party in this action.

(2) The Clerk is directed to remove William R. Wohlsifer, Esq., and Janis Sue Richardson, Esq., as Counsel of record and remove the Florida Department of Business and Professional Regulation, Division of Florida Condominiums, Timeshares, and Mobile Homes as a non-party in this action.

**DONE AND ORDERED** at Fort Myers, Florida, this ___22nd___ day of February, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record